LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES

CASE NUMBER: LSP-2007-1695

SECOND STEP RESPONSE FORM
(HEADQUARTERS)

TO: <u>SMITH, THEODORE    313084</u>
     Inmate Name and Number

<u>LSP</u>
Living Unit

Response to Request Dated 07/23/2007, Received in this Office on 07/26/2007:

Your request for an administrative review of ARP# LSP-2007-1695 has been received. A qualified member of the Headquarters staff has reviewed your request in order to render a fair and impartial response.

It has been determined, after a thorough review of all pertinent documentation, that your request has been satisfied. Your allegations have been considered. In statements from Asst. Warden Benjamin and Major Darbonne, they deny your allegations and there is no reason to doubt the credibility of these officers. You have failed to provide any evidence to substantiate your allegations or that would cause us to believe otherwise. The first step response prepared by the LSP staff is deemed adequate and appropriate. As such, this office concurs with staff and finds no further investigation warranted.

Your request for relief is denied.

<u>    8  22-07           </u>
         Date

Secretary's Signature or His Designee

CASE NUMBER: LSP-2007-1695

FIRST STEP RESPONSE FORM (FIRST STEP RESPONDENT)

TO: <u>SMITH, THEODORE 313084</u>                    CP. D FAL. 4
                                                      Living Quarters

Response to request dated 06/01/2007, received in this office on 06/06/2007

This request for remedy was received, logged and set aside until today because you had other requests for remedy pending in the system at the time it was received. Your request was handled in this manner pursuant to the provision in the Administrative Remedy Procedure entitled, "Multiple Requests".

In your letter of complaint you allege that Assistant Warden Benjamin threatened you concerning an ARP that you had filed on him. You further allege that Major Darbonne also threatened you concerning the same ARP because you refused to be a tier walker. Assistant Warden Benjamin states that he did in fact speak to you concerning an ARP that you had filed concerning your education in an attempt to assist you with your problem. However, it was obvious that you did not want any assistance and you were sent back to your quarters. At no time did Assistant Warden Benjamin threaten or harass you in any way. As for the being assigned as a tier walker, Assistant Warden Benjamin states that occurred prior to him being assigned to the West Yard and that he had nothing to do with that. He further states that Mental Health conducts all tier walker training and it has nothing to do with security. Major Darbonne states that he has never spoken to you concerning any grievance. He further states that you were chosen randomly to attend tier walker training. He further states that upon completion of the training, tier walkers are assigned in an appropriate area to work.

You have failed to provide evidence to support your allegations.

Your Request for Administrative Remedy is denied.

Prepared by: _____

Kevin Benjamin, AWI/MPW/TU/Trips

Approved by: _____

Donald Barr, AWII/Main Prison Complex

_____          _____
            Date                              Unit Head

<u>Instructions to Inmate:</u> If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Screening Officer in the manila envelope within 5 days of your receipt of this decision.

(✓) I am not satisfied with this response and wish to proceed to Step Two.

Reason:



Assistant warden Kevin Benjamin's and Major C. Darbonne's First step response is false and unacceptable. Of course, it is in their professional interest to deny my charges and provide false information in response. I consolidate and adopt, for the purpose of brevity, the argument and all evidence attached thereto in

_7/23/07_
Date

_____
Inmate's Signature   DOC#

ARP case Number LSP-2007-1208 which I took to the second step with this and to this ARP - case number LSP-2007-1695. It is a state and united states constitutional violation to deny me equal access to school - which is a form of rehabilitation - and other constitutional rights.

The First step respondent did not address my "inmate guard" argument the dangers of being an "inmate guard" tier walker. The rules and the law states that one inmate cannot oversee or control another inmate. In october of 1972 the courts made the Louisiana state Penitentiary do away with (end the "inmate guard" Program. And since the First step respondent did not address the "inmate guard" matter, it is to be deemed that they are in silent agreement with me in my argument. For those reason(s), I ask that the relief requested regarding "inmate guard" tier walker's be granted and that the tier walker program (job) be brought to an end and terminated.

LOUISIANA STATE PENITENTIARY
ANGOLA, LOUISIANA

ARP STATEMENT

ARP NUMBER: LSP-2007-1695

INMATE NAME & NUMBER:     THEODORE SMITH #313084

DATE:     JULY 6, 2007

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IN RESPONSE TO THE ABOVE NAMED AND NUMBERED ARP, I ASST. WARDEN KEVIN BENJAMIN HAVE THE FOLLOWING TO OFFER: I DID IN FACT SPEAK WITH INMATE SMITH CONCERNING A PREVIOUS ARP CONCERNING HIS EDUCATION, IN AN ATTEMPT TO ASSIST INMATE SMITH WITH HIS PROBLEMS CONCERNING ENTERING INTO SCHOOL. HOWEVER, IT APPEARED THAT INMATE SMITH DID NOT WANT ANY ASSISTANCE AND THEREFORE I ALLOWED INMATE SMITH TO RETURN TO HIS QUARTERS. AT NO TIME DID I THREATEN INMATE SMITH ABOUT HIM FILING A FORMAL GRIEVANCE OR ANYTHING OF THAT NATURE. AT NO TIME DID I SUGGEST TO HIM THAT I WOULD HAVE OTHER SECURITY OFFICERS HARASS HIM, NOR WOULD I EVER ASK ANY SECURITY OFFICER TO HARASS OR TO PLACE A DISCIPLINARY REPORT FALSELY ON THIS INMATE OR ANY OTHER INMATE FOR FILING A GRIEVANCE.

CONCERNING HIS CLAIM ABOUT BEING MADE A TIER WALKER. THAT WAS AN ISSUE THAT HAPPENED PRIOR TO ME BEING ASSIGNED TO THE WEST YARD AND THEREFORE I HAVE NO KNOWLEDGE ABOUT HOW HE WAS SELECTED TO ATTEND TIER WALKER TRAINING. THAT TRAINING IS CONDUCTED BY MENTAL HEALTH PERSONNEL AND HAS NOTHING TO DO WITH SECURITY.

I FIND THAT THIS GRIEVANCE IS FILED FALSELY AND MALICIOUSLY AND WITHOUT MERIT

KEVIN BENJAMIN, AW1
MAIN PRISON WEST AW1

7/6/07
DATE

LOUISIANA STATE PENITENTIARY
ANGOLA, LOUISIANA

ARP STATEMENT

ARP NUMBER: LSP-2007-1695

INMATE NAME & NUMBER:    THEODORE SMITH #313084

DATE:       JULY 6, 2007

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IN RESPONSE TO THE ABOVE NAMED AND NUMBERED ARP, I MAJOR CHAD DARBONNE HAVE THE FOLLOWING TO OFFER: I HAVE NEVER SPOKEN TO INMATE SMITH CONCERNING ANY GRIEVANCE. IN FACT, THE FIRST THAT I HEARD ABOUT A PREVIOUSLY FILED GRIEVANCE WAS WHEN I READ THIS ARP. THEREFORE THE ONLY THING THAT I MAY ADD IS THAT I HAVE KNOWN ASST. WARDEN BENJAMIN FOR SOME TIME AND HAVE NEVER KNOWN HIM TO THREATEN AN INMATE OR HARASS ONE CONCERNING ANY TYPE OF GRIEVANCE.

AS FOR TIER WALKING TRAINING THAT WAS CONDUCTED ON THE WEST YARD, INMATE SMITH WAS RANDOMLY SELECTED FOR TIER WALKER TRAINING AND MENTAL HEALTH DOES ALL OF THE TRAINING CONCERNING THIS MATTER. SECURITY PLAYS NO PART IN HOW THEY ARE TRAINED NOR IN WHAT THEY ARE TRAINED. ONCE TIER WALKER TRAINING IS COMPLETED AND MENTAL HEALTH NOTIFIES SECURITY THAT AN INDIVIDUAL HAS BEEN TRAINED, THEY ARE PLACED IN AN APPROPRIATE AREA TO WORK AS A TIER WALKER.

THIS IS FOR YOUR INFORMATION AND FURTHER HANDLING.

CHAD DARBONNE, MAJOR                                          7/6/07
MPE/TREATMENT CENTER SUPERVISOR                              DATE

RECEIVED

JUN 06 2007

VANDER...

2007-1695

Theodore Smith #313084
Main Prison Hickory 1
Louisiana State Prison
Angola, La. 70712

ACCEPTED

JUL 03 2007

ADMINISTRATIVE REMEDY PROCEDURE
LOUISIANA STATE PENITENTIARY

RECEIVED

JUN 06 2007

Legal Programs Department

June 2, 2007 (Saturday)

Warden Burl Cain
New Administrative Complex
Louisiana State Prison
Angola, La. 70712

**BACKLOGGED ARP**

Re: Administrative Remedy Procedure (ARP)

Dear Warden Burl Cain:

I File and request this <u>Emergency</u> Administrative Remedy Procedure (ARP) against Warden Kevin Benjamin and Major DarBonne; for the Following reason(s) stated To-wit:

I Filed an ARP against Warden Benjamin and a number of People relative to being deprived of an equal opportunity To receive an education (which is a violation of my state and united states constitutional right(s); as well as Department Regulation No. B-08-elo, Directive No. 01.016, ACA standard(s): 3-4265, 3-4238, 3-4239, 3-4249, and 3-4251; along with applicable Louisiana Revised statutes.); said ARP is Filed and identifiable as: Louisiana Department of Public safety And Corrections Corrections services offenders Relief Request Form Case Number: LSP-2007-1208.

On the date of June 1, 2007, at the time of 9:18 AM, I was instructed by Hickory Key Sgt. Maten to report

Page 1 of 5

To warden Benjamin's office (which is located in the East yard wardens office at the main Prison). Once I arrived at the East yard wardens office, I was told to enter warden Benjamin's office. warden Benjamin told me to close the door and sit down, which I did. warden Benjamin then started asking me: "You wrote me up, huh?! Why did you write me up, huh?! I'm going to tell Ms. (Angela) Day to put you back into school then on the third day you're there I'm going to have compound (school) security write you up and I'm going to crush you! I will make sure you're sent to (camp) 'J'! I'm the warden! I have the power to crush you and I will if you don't drop this ARP!" He continued speaking and threatened to "crush" me again if I don't drop the A.R.P.

I don't take his threats lightly, I'm sure he meant what he said and is determined to make good his threats; and he told me how by saying: "I know I can't get you myself. If I do you'll claim I'm retaliating against you. People owe me favors, Plus we look out for each other around here. I'll just get a woman to write you up on a 21 (rule infraction #21 - sex offense), or have you set up with a knife or drugs, or just get you hooked-up for anything. You won't know how I'm coming until its too late. I can get you anywhere you go in this Prison! You can run, but you can't hide because no matter where you go you'll still be in this Prison."

warden Benjamin threatened me to drop the A.R.P. pending against him and others. His threats are a form of harassment; and harassment is a form of retaliation. Retaliation is a violation of department regulation. Also, A Prison guard may not harass inmate in retaliation for inmate complaining to supervisor about guards conduct. Gibbs v. King, 779 F.2d 1040. While warden Benjamin is the supervisor, the rule applies to/for him just the same. I'm sure warden Benjamin's threats are also a violation of general and/or specific civil service Policy(s), rule(s).

Page 2 of 5

and/or guideline(s) in some form and fashion; and I raise and rely upon any/all said civil service Policy(s), rule(s) and/or guideline(s) as those which warden Benjamin has violated and move that the Proper sanctions/punishment be invoked against warden Benjamin for said civil service violations.

In fact, warden Benjamin has already began retaliating against me through security. On the date of 5/31/07 I was told to meet with mental health personnel about working as a "Tier walker", which is a job. I was given a sheet of paper whereon the duty(s) of a Tier walker where listed, as well as signs of depression and suicide risk; Person who may be at high risk for suicide; common misconceptions about suicide; and how to find out if someone is suicidal, are listed. In the "Job as a Tier walker" Portion of the instruction Paper it clearly states "you are Not expected to be a clinician.". However, all of the questions the Paper instructs the Tier walker to ask the possible suicidal inmate are some, if not all, of the same questions a clinician would ask the suicidal inmate. To be sure; further on, the Paper instructs the Tier walker: "while you are not a therapist, don't be afraid to ask: 'do you sometimes feel so bad you think of suicide?'." The Paper then further instructs to ask a series of questions, and informs you of a possible conclusion that may be reached. Then states: "Report this information to security immediately in order for mental health to be contacted." So, while it is clear that the Tier walker is not "expected" to be a clinician and most certainly is not a therapist the Tier walker is still instructed and expect to mentally evaluate a possibly suicidal inmate then "report" the information ("rat") to security Before I go further, lets look at and consider the fallicies of the "Tier walker" Program: What if I was having a seizer while an inmate was committing suicide? what if I did not possess the common sense to determine whether or not the inmate was actually suicidal? what if the suicidal inmate was my enemy before arriving on the Tier or while the inmate

Page 3 of 5

has since come onto the Tier? what if I report the suicidal inmate's suicide plan or attempt to security then later get physically attacked by a member of the suicidal inmate's family members and/or friends once I return to my living quarters or on the yard? Being a "Tier walker" is akin to being an "inmate guard". The "inmate guard" is a structural accommodation, in which the "inmate guard" furthers the formal goals of the institution without internalizing the law-abiding norms which justify this institution. He is the duckbill Platypus of socialized classification. He is a nomic. He has no strong cultural ties either to the free world or what you would normally think as his peer group in the inmates. He just forms a symbiotic social alliance with the prison to reduce the rigors of incarceration. No one is required to be a convict/inmate guard. The inmate must be willing. And because being a Tier walker is akin to being an inmate guard, an inmate must be willing to be a Tier walker. He cannot be forced.

After I was informed about the duties of a Tier walker and read over the Tier walker instruction paper I refused the Tier walker job. On 6/1/07, while on my way to lunch – which is after I spoke to warden Benjamin – major Darbonne stopped me at the west yard gate and asked me why I refused the Tier walker job. I told him because I'm not an inmate guard, nor a Psychologist. major Darbonne responded by saying "you didn't want to drop that ARP for Benjamin either. That's alright. well get you. I won't forget." An additional Threat with warden Benjamin linked into it...

## Relief Requested

That warden Benjamin's warden Position be taken, he be demoted and/or fired and/or transferred to a different facility; and/or that major Darbonne receive the same

since he is conspiring and/or working with Warden Benjamin to retaliate against me. And that the "Tier Walker Program be discontinued. Its mental health and security's Job. Its unsafe for inmates

I file this A.R.P. in good faith and in hopes that I not be retaliated against.

I reserve the right to attach exhibits and/or cite additional cases, at a later date.

Respectfully submitted

Theodore Smith #313084
Main Prison Hickory 1
Louisiana State Prison
Angola, La. 70712

Page 5 of 5