LOUISIANA STATE PENITENTIARY
ANGOLA, LOUISIANA

ARP STATEMENT

ARP NUMBER: LSP-2007-2854

INMATE NAME & NUMBER: THEODORE SMITH 313084

DATE:  9/14/07

************************************************************************

IN RESPONSE TO THE ABOVE NAMED AND NUMBERED ARP, I, MAJOR LABORDE ALWAYS
CONDUCT MYSELF IN A PROFESSIONAL MANNER AND AT NO TIME HAVE I EVER CURSED
OR DISRESPECTED AN INMATE IN THE MANNER THAT INMATE SMITH 313084 DESCRIBES
IN THIS ARP.   FURTHERMORE, AT NO TIME DID I CALL INMATE SMITH 313084 AND
REQUEST THAT HE DROP AN ARP ON ASSISTANT WARDEN BENJAMIN OR ANYONE ELSE.
IN CONCLUSION, I HAVE SUPERVISED BOTH CAPT. JENKINS AND LT. HEBERT AND AT NO
TIME HAVE I EVER SEEN THEM CARRY THEMSELVES IN THE MANNER THAT INMATE
SMITH 313084 DESCRIBES IN THIS ARP.   I FIND THAT THIS ARP HAS NO MERIT.   THIS IS
FOR YOUR INFORMATION AND HANDLING.

MAJOR MICHAEL LABORDE
MPW C-TEAM SUPERVISOR

LOUISIANA STATE PENITENTIARY
ANGOLA, LOUISIANA

ARP STATEMENT

ARP NUMBER: LSP-2007-2854

INMATE NAME & NUMBER: THEODORE SMITH 313084

DATE:   9/14/07

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IN RESPONSE TO THE ABOVE NAMED AND NUMBERED ARP, I, CAPT. JENKINS OFFER THE
FOLLOWING.   I ALWAYS CONDUCT MYSELF IN A PROFESSIONAL MANNER AND AT NO
TIME HAVE I EVER CURSED AN INMATE.   FURTHERMORE, I NEVER TALKED TO INMATE
SMITH 313084 ABOUT AN ARP HE MAY HAVE HAD NAMING ASSISTANT WARDEN
BENJAMIN OR ANYONE ELSE.   THE STATEMENTS MADE BY INMATE THEODORE SMITH
313084 ARE FALSE AND THIS ARP HAS NO MERIT.   THIS IS FOR YOUR INFORMATION AND
HANDLING.

CAPTAIN LEON JENKINS
MPW C-TEAM

# Louisiana State Penitentiary
## Angola, Louisiana

## ARP Statement

ARP Number:____LSP-2007-2854_____          Date:__September 17, 2007____

Inmate's Names and Number:_____Theodore Smith #313084_____
_____In response to the above named and numbered ARP, I Lieutenant____
Hebert always conduct myself in a professional manner.  Furthermore, I____
Lieutenant Hebert have never falsified any investigative reports on Inmate__
Theodore Smith #313084 or any other inmate.  This is for your information__
and further handling._____

Signature of Officer:___*H. Hebert*_____

Print Your Name:  _____Gabriel Hebert, Lieutenant_____

Date:_____September 17, 2007_____

**Louisiana State Penitentiary**
**Angola, Louisiana**

# ARP STATEMENT

ARP NUMBER:  2007-****    DATE:  September 19, 2007

Inmate's Name and Number:  Theodore Smith 313084

Inmate Smith alleges that I conspired with Asst. Warden Benjamin to have him set up and locked up. I have not conspired with anyone at anytime to set up any inmate since my employment at Louisiana State Penitentiary. Inmate Smith was written up for a rule violation of 30 E. Disciplinary Court was held on inmate Smith just as it is held on other inmates with rule infractions. At no time have I ordered any Officer to fabricate a Disciplinary Report on any inmate. I conduct myself as an Officer and Disciplinary Officer in a professional manner. Inmate Smith is making accusations against Security Staff for the penalties he has ensued due to his own actions.

Major Chad Darbonne

Louisiana State Penitentiary
Angola, Louisiana

# ARP STATEMENT

ARP NUMBER: 07-2854_____          DATE: \_\_09/19/07_____

Inmate's Name and Number: \_\_\_\_Theodore Smith 313084_____

▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪

In response to the above referenced ARP, I offer the following. At no time have I ever threatened inmate Smith if he did not drop an ARP that he had filed. I have no knowledge of what he is referring to. I did call him to my office to speak with him in an attempt to resolve the problems. However, he was not interested in resolving the problem so he was sent back to his dormitory. At no time have I ever instructed anyone to write him up and get him off of the West Yard.

Kevin Benjamin
Assistant Warden I/MPW/TU/Trips

KB:bfh


cc:          File

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES

CASE NUMBER: LSP-2007-2854

SECOND STEP RESPONSE FORM
(HEADQUARTERS)

TO:  SMITH, THEODORE   313084                          LSP
     Inmate Name and Number                            Living Unit

Response to Request Dated 10/03/07, Received in this Office on 10/26/07:

Your request for an Administrative review of ARP# LSP-2007-2854 has been received.   A qualified member of the Headquarters staff has reviewed your request in order to render a fair and impartial response.

It has been determined, after a thorough review of all pertinent documentation, that your request was satisfied at the First Level.  The response provided is clear and concise, as well as has addressed your request appropriately.  The officers mentioned in your grievance have provided written statements denying your allegations.  There is no reason to doubt the credibility of these officers.   As such, this office concurs with staff and finds no further investigation warranted.

Your request for Administrative Remedy is denied.

_____                    _____
         Date                              Secretary's Signature or His Designee

CASE NUMBER: LSP-2007-2854

FIRST STEP RESPONSE FORM (FIRST STEP RESPONDENT)

TO: SMITH, THEODORE 313084                     CP. C TIGER 2
                                                Living Quarters

Response to request dated 08/27/2007, received in this office on 08/27/2007

In your letter of complaint you allege that Assistant Warden Benjamin retaliated on you for not dropping an ARP that you had filed on him. You further allege that he used Major Laborde, Major Darbonne, Capt. Jenkins, and Lt. Hebert as a means to retaliate against you. Assistant Warden Benjamin denies your allegations. He states that at no time has he ever threatened you. He further states that at no time has he ever instructed anyone to write you up and get you off of the West Yard. Lt. Hebert and Capt. Jenkins deny your allegations. They state that they always conduct themselves in a professional manner. Lt. Hebert states that he has never falsified an investigative report on you or any other inmate. Capt. Jenkins states that he has never talked to you about an ARP that you filed on Assistant Warden Benjamin. Major Laborde states that he has never cursed an inmate and that at no time did he ever call you and ask you to drop an ARP that you had filed. Major Darbonne states that he has never conspired with anyone to set up any inmate. He further states that you were written up for a violation of Rule #30E. Disciplinary court was held on you just as it was any other inmate charged with a rule violation, He further states that at no time has he ever ordered his officers to fabricate a disciplinary report on any inmate. You have failed to provide evidence to support your allegations.

Your Request for Administrative Remedy is denied.

Prepared by: _____
                    Donald K. Barr/AW 2 MP

Approved by: _____
                    Leslie Dupont/AW Security

                    9/28/07

_____          _____
        Date                              Unit Head

Instructions to Inmate: If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Screening Officer in the manila envelope within 5 days of your receipt of this decision.

( ✓ )  I am not satisfied with this response and wish to proceed to Step Two.

Reason: The above People are not telling the truth. For them to tell the truth openly would be dertimental to their job(s). For the record: The fabricated/falsified 30 E was to serve as retaliation for the

Page 1 of 2

ARP I Filed,

10/03/07
_____
Date

_____ 313084
Inmate's Signature   DOC#

against warden Benjamin and others for not being allowed to go to school (Vo-Tech), and not dropping that ARP. captain Guthrie also threatened me. Lt. col. stroud served as an arm of the retaliation by sentencing me on a charge disciplinary infraction which was dismissed, and by not following the rules and regulations of the employee rule book, policies and Procedures of D.O.C. I also vie there was no confidential informants. the ARP is in regards to the falsified/fabricated 30E which occurred on June 5, 2007, because of the ARP and not dropping the ARP.

2007-2854

Theodore smith #313084
camp "c" Tiger 2/R #5
Louisiana state Prison
Angola, La. 70712

0709
WA Barn
Letter 8

R E C E I V E D

AUG 27 2007

Legal Programs Department

ACCEPTED

SEP 1 0 2007

ADMINISTRATIVE REMEDY PROCEDURE
LOUISIANA STATE PENITENTIARY

August 23, 2007 (Friday)

Warden Burl cain
New Administration Bldg.
Louisiana state Prison
Angola, La. 70712

Re: Administrative Remedy Procedure (ARP)

Dear warden cain:

   I File this ARP against warden Kevin Benjamin, major C. Darbonne, major Louis stroud, captain m. Laborde, captain Guthrie, LT. Gabriel Hebert, LT, Jenkins For the reason(s) stated To - witre - Taliation; Violation of First Amendment of u.s. constitution; Filing False disciplinary report; Filing False investigative report; Filing False Public records; Malfeasance in office; violation of rules, Policy, Procedures of Department of corrections ("D.O.C") and/or state and/or Federal law(s):

   on the date of 07/17/06 I was written up For allegedly Violating rule 30 #. As a result of that Fabricated incident I was subsequently taken out of Louisiana Technical college ("LTC") Program. I tried to get back into LTC Time and Time again and was denied on numerous occassions. Thus, I was being denied an education and To rehabilitation Programs. As a response To being denied an education and/or rehabilitation Program(s) I Filed an ARP against warden Kevin Benjamin and a number of other People. said ARP is dated April 9, 2007 and was assigned ARP case number LSP-2007-1208. on the date of June 1, 2007 warden Benjamin called me to his office and told me to drop ARP LSP-2007-120

and threatened me by saying if I didn't drop it he'll smash or crush me and/or have me set up. Later that same day, Major C. Darbonne stopped me at the west yard gate and asked me why I turned down Tier walker Training (which is a "job" he was Trying to assign me to without me having the required 90 days without a write up. I later learned from C. Darbonne that the Tier walker job was a set up, if I had fell for it). I explained that I wasn't an inmate guard, nor a Psychologist. He stated that I didn't want to drop the ARP on warden Benjamin either and that he'll get me. Because of the threats, harrassment and retaliation from warden Benjamin and Major C. Darbonne I filed an ARP against them dated June 2, 2007. said ARP was assigned ARP case number LSP-2007-1695. (Please note: Three or four others and I was written up for refusing Tier walker Training. On June 5, 2007, everyones write ups were dismissed during "walk-in" low court held in the west yard warden captain's office. When I went to walk-in court I was told something special was in store for me because I don't want to drop the ARP against warden Benjamin.)

On June 5, 2007 I was called down To warden Benjamin's office and asked to drop the ARP again. I said no. I was then told to drop the ARP. I said no. I was then told that I would be locked up that day, and was told to leave. I went back to the west yard gate. while at the west yard gate captain Guthrie approached me and asked me to drop the ARP. I told him no. He Told me before the sun went down I would be locked up.

At approximately 6:45 PM on June 5, 2007 I was told to go to the captains office for walk-in court. once I got there I was told that I was written up for refusing Tier walker Training. captain M. Laborde then tore what appeared to be a disciplinary report up and he told me it was being tore up and something special was in store for me because I don't want To drop the ARP against warden Benjamin. He then Told me

"sit your stupid fuckin ass down and wait for major Darbonne to get back. All you Goddamn inmates are just the same. You all think you're so fuckin smart." I sat down and didn't say anything. As I was waiting for major C. Darbonne to return LT. Gabriel Hebert and LT. Jenkins entered into the captain's office and asked captain M. Laborde "Is that him? Is that the one we're hookin up?" captain M. Laborde responded "yeah. Thats the stupid motherfucker." LT. Jenkins then said "you're acting crazy just like a nigger son. Why don't you just drop the damn ARP and be done with it?!" I didn't respond. Shortly after that, major C. Darbonne entered the captain's office and told me I have one more chance to drop the ARP or I'll be locked up. I said I wouldn't drop it. Major C. Darbonne the told captain M. Laborde "well. Warden Benjamin said to hook him up on a drug trafficking charge. So, write him up on 30E. He wants him off the walk and at camp J so no one can help him file or go to court about not going to school." major C. Darbonne asked me if I told warden Benjamin that I was going to bring him to court. I didn't answer. Then major C. Darbonne said "well, you're not going to be able to now. You won't have any help at camp J." (meaning I won't have access to the law library and legal assistance at camp J like I would if I was in population at the main prison.). I was then written up for 30E drug trafficking and placed in Administrative segregation.

On 6/04/07, an inmate by the name of Shadrick Reed #470172 was locked up and written up for having drugs on Hickory yard. LT. Gabriel Hebert was the security guard who caught inmate Reed. Therefore, Gabriel Hebert knows exactly what time and what day inmate Reed was picked up on for the drugs, because Mr. Hebert is the one who picked him up.

My 30E write up was placed under investigation. LT. Gabriel Hebert conducted the investigation and wrote an investigative report which is signed by him and dated 06/08/07. Said investigative report was received by the LA state Penitentiary ("LSP")

Disciplinary office on the date of June 11, 2007 (see LSP Disciplinary office records for conformation). In Lt. Hebert's report he states, in pertinent part: "It was learned that the drugs found on inmate shadrick Reed 470177 on 6/4/07, by Lt. Hebert on Hickory yard, were drugs sold to him by inmate Theodore Smith 313084." Of course, I knew that was absolutely false. So, I had the matter placed under further investigation. All of a sudden, on 6/18/07 (by this time I had been in administrative Segregation ("Admin. seg.") 13 days) Two forms Titled "supplement to Disciplinary Report Based on Information From confidential Informants" ("CI sheets") were presented in the disciplinary board ("DB") hearing. They are dated 6-5-07 and stamped received by the LSP Disciplinary office June 15, 2007. (I find it odd and suspicious that the CI sheets were written 3 days before Lt. Hebert's investigative report but were received by the LSP disciplinary office 4 days after Lt. Hebert's investigative report.) The CI sheets are signed by Lt. Gabriel Hebert (see LSP Disciplinary office records for conformati.

One CI sheet states, in pertinent part: "CI states that he over heard inmate smith 313084 tell another inmate that he had marijuana (weed) for sale." The other CI sheet states, in pertinent part: "The CI states that he was on the Hickory yard when he observed inmate Theodore smith 313084 sell drugs (marijuana) to I/m S. Reed." It states on both CI sheets that the date it occurred and the date it was reported was 6-5-07. Both CI sheets were prepared by and signed by Lt. Gabriel Hebert. On the date both CI's claim I sold inmate Reed drugs (6-5-07), Inmate Reed was in admin. seg. at that time and had been there since 6/04/07.

Lt. Hebert knew, or should have known that the CI's account of events and information was False because Lt. Hebert picked inmate Reed up his self on 6/04/07. Lt. Hebert knew inmate Reed was in admin. seg. on the date and time the CI's claim all this occurred. Therefore, he should have written the 2 CI's up on rule infraction 22 and/or 30 w for giving false information and placed them in admin. seg. and told me to return to the dorm. Lt. Hebert didn't do that though, because thats not the way this fabricated incident against me — ordered by warden Benjamin

Through Major C. Darbonne — was supposed to work. Thats not the way it was designed to work. When LT. Gabriel Hebert filed and filled out this paper work he broke the law (State/Federal laws) by filing false public records. He, as well as Captain M. Laborde, Major C. Darbonne and Warden Kevin Benjamin, also committed malfeasance in office in this matter. Also, when these people retaliated against me — as well as Major Louis Stroud — they violated my First Amendment of the United States Constitution; and D.O.C. Rules, Policies and Procedures. When Captain Laborde and LT. Jenkins cussed me out and verbally degraded me they violated D.O.C. Rules, Policies and Procedures. Warden Benjamin is known to bring drugs into the prison, so said violations are nothing to him.

Major Louis Stroud was head of DB court on 6/20/07; the day I went to court. I motioned to dismiss the charge of 30E because of its falsity. Major Stroud granted my motion, dismissed the 30E, but instead of returning me to my living quarters he transfered me to Camp D. Major Stroud did not discipline LT. Hebert; Major Stroud did not try to find out who the CI's were and discipline them for giving LT. Hebert false information. Therefore, its as though Major Stroud condones and/or advocates such violations. He just as guilty of LT. Hebert's actions/violations and retaliation against me. He's what State law calls a "principal" to the violations or an accessory after the fact to the violations.

LT. Gabriel Hebert claims there exists two (2) CI's. I don't think any CI's exist. That explains why no one was disciplined for providing LT. Hebert with false information.

## Relief Requested

That every last employee that this ARP is against be fired. That I be paid $100 dollars a day for every day I was in Admin. seg.. And my First Amendment of the U.S. constitution was violated. Or, in the alternative, that since this is

all about me trying to receive an education, that all of the people this ARP is against pay for my education by paying for two (2) correspondence courses in full; and that administration permit me to receive and complete the 2 correspondence courses. One correspondence course is to be in construction management from ITT Technical Institute. To order call 1-800-942-0088. The other correspondence course is to be in business management, from a place of my choice. Not only should all the people this ARP is against by for the correspondence courses but also pay and/all other costs which may incur. In the event I have to seek civil redress in a court of law in regards to this ARP then consider this ARP a legal document and the defendants herein to pay any/all court costs, filing fees and any/all other costs that incur. Also, that I be permitted to take the correspondence courses no matter where I am in the prison and/or no matter what status I am. And also, that I be placed in carpentry school at the LTC program and that I be moved back to the main prison.

I seek and file this ARP in good faith and hope that I am not retaliated against again.

Respectfully submitted

Theodore Smith