Theodore smith #318084
camp J shark 3/R #7
Louisiana state Prison
Angola, La. 70712

November 11, 2007

Warden Burl cain
New Administration Building
Louisiana state Prison
Angola, La. 70712

2007-3688

**RECEIVED**
NOV 15 2007
WARDEN'S OFFICE

R E C E I V E D
NOV 1 6 2007
Legal Programs Department

**BACKLOGGED ARP**

Re: Administrative Remedy Procedure (ARP) Emergency

Dear warden cain:

   I file this emergency ARP against captain stalnacker:

   On the date of 11/10/07, captain stalnacker asked me if I was the one who had an ARP against warden Benjamin. (ARP LSP-2007-2854). He then told me that he was sent to tell me that if I didn't drop the ARP on warden Benjamin my property would be lost. I add this ARP to ARP LSP-2007-2854.

                    Relief Request

   That my property be located and stored inside of the 2 metal boxes my property is in with tample proof seals no.s 116221 and 116221 attached and both boxes be placed in camp J Bass storage shed until I leave camp J.

   I seek this ARP in good faith and in hopes I'm not retaliated against.

                              Respectfully submited
                              Theodore Smith

1 of 1