UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

THEODORE SMITH  (#313084)

VERSUS                                              CIVIL ACTION

LT. GABRIEL HEBERT, ET AL                           NUMBER 08-30-RET-DLD

ORDER ON MOTION TO COMPEL

Before the court is the plaintiff's Motion to Compel. Record document number 27. The motion is not opposed.

On February 21, 2008, the defendants were ordered to provide the plaintiff with copies of medical records, warden's unusual occurrence reports and all other documents pertinent to the issues in this case within 20 days of the defendants' first appearance. Counsel for the defendants was ordered to contemporaneously file a copy of these documents with the Court, together with a Notice of Compliance attesting to the fact that the requirements of the order were met.

A review of the record showed that the defendants have not complied with the February 21, 2008 order.

Accordingly, the plaintiff's motion to compel is granted.  Within 30 days from the date of this order the defendants shall provide to the plaintiff all medical records, warden's unusual occurrence reports and all other documents pertinent to the issues in this case (with the exception of the plaintiff's administrative proceedings if those documents have previously been sent to the plaintiff).  Defendants shall file a copy of these documents with the Court and a Notice of Compliance attesting to the fact that the requirements of this

Order have been met.

Signed in Baton Rouge, Louisiana, on July 9, 2008.

**MAGISTRATE JUDGE DOCIA L. DALBY**