UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



THEODORE SMITH   (#313084)

VERSUS

LT. GABRIEL HEBERT, ET AL

CIVIL ACTION

NUMBER 08-30-RET-DLD

ORDER

Before the court is the plaintiff's Motion to Delay Judgment. Record document number 67.

On August 13, 2008, a magistrate judge's report was submitted to the district judge recommending that the plaintiff's claims that he was subjected to an excessive use of force and that excessive force was applied in retaliation for filing an administrative grievance be dismissed for failure to exhaust available administrative remedies pursuant to 42 U.S.C. § 1997e(a), and with prejudice to refiling them in forma pauperis status.[1]

On August 27, 2008, the plaintiff filed an objection to the magistrate judge's report and recommendation.[2]

On September 5, 2008, the plaintiff filed a Motion to Stay Judgment in which he sought an order staying review of the magistrate judge's report for a period of 20 days to allow the plaintiff to conduct further research and mail a supplemental

---

[1] Record document number 57.

[2] Record document number 61.

objection to the magistrate judge's report and recommendation.

IT IS ORDERED that the plaintiff's Motion to Delay Judgment is denied.

Baton Rouge, Louisiana, September __16__, 2008.

```
                              _____
                              RALPH E. TYSON, CHIEF JUDGE
                              MIDDLE DISTRICT OF LOUISIANA
```