UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

THEODORE SMITH   (#313084)

VERSUS                                              CIVIL ACTION

LT. GABRIEL HEBERT, ET AL                           NUMBER 08-30-RET-DLD

RULING

Before the court is the plaintiff's Motion to Withdraw Without Prejudice. Record document number 66. The motion is opposed.[1]

Plaintiff filed a motion to voluntary dismiss his claims presumably pursuant to Rule 41, Fed.R.Civ.P., against defendants Todd Barrere, David Voorhies Jr. and James Tillman without prejudice to his right to re-litigate the same claims in forma pauperis.

Defendants opposed the motion insofar as the plaintiff sought to dismiss the claims against the defendants without prejudice to reasserting the claims in forma pauperis. Defendants' argument is well-founded.

Rule 41(a)(2), Fed.R.Civ. P., precludes a plaintiff from dismissing a lawsuit without the court's permission if either an answer or a motion for summary judgment has been served on the plaintiff and the defendant does not consent to dismissal. *Hyde v. Hoffmann-La Roche, Inc.*, 511 F.3d 506 (5th Cir. 2007).

A review of the record showed that the defendants' Partial Motion for Summary Judgment is pending on the court's docket.[2]

---

[1] Record document number 71.

[2] Record document number 41.

Accordingly, the plaintiff's Motion to Withdraw Without Prejudice is denied.

Baton Rouge, Louisiana, September 26, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA