UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

THEODORE SMITH (#313084)

VERSUS

LT. GABRIEL HEBERT, ET AL

CIVIL ACTION

NO. 08-30-C

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA
2009 APR 27 A 10: 08
BY DEPUTY CLERK

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated March 13, 2009. Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the defendant's motion to dismiss is granted in part, dismissing all of the plaintiff's claims except the plaintiff's equal protection claim against Kevin Bejamin and his retaliation claims against Michael Laborde, Rachel Taylor, Todd Barrere, David Voorhies, Harold Sterling, James Tillman, Louis Stroud and Irving Stammriech. The court declines to exercise supplemental jurisdiction over the plaintiff's state law and this action is referred back to the magistrate judge for further

proceedings.

    Baton Rouge, Louisiana, April    24   , 2009.


                                                  RALPH E. TYSON, CHIEF JUDGE
                                                  MIDDLE DISTRICT OF LOUISIANA