UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

THEODORE SMITH  (#313084)

VERSUS                                                                CIVIL ACTION

LT. GABRIEL HEBERT, ET AL                              NUMBER 08-30-RET-DLD

ORDER

    Before the court is the plaintiff's Motion to Compel Defendants to Answer Plaintiff's § 1983 Complaint in Accordance with FRCP Rule 12(a)(4)(A).  Record document number 94.

    Plaintiff sought to compel the defendants to file an answer to his complaint.

    A review of the record showed that the defendants have filed an answer to the complaint. Record document number 96.

    Accordingly, the plaintiff's motion to compel defendants to file an answer to the complaint is denied as moot.

    Signed in Baton Rouge, Louisiana, on May 19, 2009.

_____

**MAGISTRATE JUDGE DOCIA L. DALBY**